

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

*Brooks E. Doyne*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*brooks.doyne@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 353-6001*
*fax: (973) 297-2010*

February 16, 2026

<u>**Via Electronic Filing**</u>
The Honorable Edward S. Kiel
United States District Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**ORDER**

> Re:    ***Mendez-Zacasari v. Marco Rubio, et al.***, No. 26-1347 (ESK)
>        **Update on Petitioner's Detention Location and Extension**
>        **Request to Hold Petitioner's Bond Hearing**

Dear Judge Kiel:

This Office represents Respondents in the above habeas matter. We respectfully write to update the Court on the location of Petitioner's detention and seek a one-day extension in coordinating Petitioner's bond hearing.

On February 11, 2026, at approximately 1:36 p.m., the Court entered an Order that directed a bond hearing take place no later than 5:00 p.m. on February 18, 2026. ECF 2. The Order also directed the Respondents to report to the Court no later than 12:00 p.m. today that a bond hearing was scheduled. *Id*. Lastly, the Order prohibited Respondents from moving Petitioner outside the District of New Jersey until further order of this Court. *Id*.

U.S. Immigration and Customs Enforcement ("ICE") has informed this Office that one day prior to the entry of the Order, on February 10, Petitioner departed Delaney Detention Hall at approximately 3:00 p.m. Currently, Petitioner is being detained at the Central Arizona Florence Correctional Center in Florence, Arizona. ICE has confirmed that Petitioner will not be transferred from his current location without Court approval.

Considering President's Day, ICE was unable to coordinate a bond hearing by the Court's deadline because the Immigration Court is closed. Respondents respectfully request that no later than 2:00 p.m. on February 19 that a bond hearing

take place. In conferring with Petitioner's counsel, Susan Roy, Esq., based on the information provided, Petitioner will likely be withdrawing his motion to "Quash/Compel/Enforce." ECF 3. However, Petitioner intends on submitting a separate correspondence regarding Petitioner's status while in detention. Petitioner consents to the extension request to have the bond hearing take place no later than 2:00 p.m. on February 19.

We thank the Court for its attention to this matter.

Respectfully submitted,

**So Ordered.**

**_____ /s/ Edward S. Kiel_**
**Edward S. Kiel, U.S.D.J.**
**Date: February 17, 2026**

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff to the Deputy Attorney General
Special Attorney

By:    _s/ Brooks E. Doyne_____
BROOKS E. DOYNE
Assistant United States Attorney

cc:    Counsel of record (by ECF)

2