# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BRIAN MENDEZ-ZACASARI,** <br><br> Petitioner, <br><br> v. <br><br> **WARDEN DELANEY HALL IMMIGRATION DETENTION FACILITY,** *et al.*, <br><br> Respondents. | Case No. 26–cv–01347–ESK <br><br><br> ORDER |

This Court having granted Petitioner Brian Mendez-Zacasari's petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (ECF No. 1) on February 11, 2026 (ECF No. 2), and respondents having submitted a letter indicating that petitioner received a bond hearing on February 18, 2026 and was ordered released on $ 6,000 bond (ECF No. 7); and for good cause appearing,

**IT IS** on this **19th** day of **February 2026** **ORDERED** that:

1. The motion to enforce the February 11, 2026 order at ECF No. 3 is **DISMISSED AS MOOT**.

2. The Clerk shall close this matter. The restrictions imposed on petitioner's location during this matter are lifted.

                                                       */s/ Edward S. Kiel*
                                                       **EDWARD S. KIEL**
                                                       **UNITED STATES DISTRICT JUDGE**